**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION**

| | | |
|---|---|---|
| **CONNIE BERRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 1:18-cv-00046** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **ANDREW M. SAUL,** | ) | **MAGISTRATE JUDGE NEWBERN** |
| *Commissioner of Social Security* | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 30) on Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 19). In the Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Motion for Judgment on the Administrative Record be DENIED, and that the decision of the Commissioner be AFFIRMED.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 24 at 24.) Plaintiff requested and was granted an additional 28 days to file objections (Doc. No. 32). At the end of that time period, Plaintiff notified the Court that she had determined not to file objections to the Report and Recommendation. (Doc. No. 33). The Commissioner did not file objections.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Plaintiff's Motion for Judgment Based on the Administrative Record (Doc. No. 19) is **DENIED**, and the decision of the Commissioner is **AFFIRMED**.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE